# UNITED STATES DISTRICT COURT

for the

REC'D-USMS-GNV, FL
MAY 25 '23 PM1:25

Northern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:23-cr-00013-AW |
| ANTHONY RIZZOTTO | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ANTHONY RIZZOTTO                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

(1) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE
(2) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE
(3) UNLAWFUL TRANSPORT OF FIREARMS, ETC.

Date:     05/24/2023                                     *s/ Midori Lowry*

*Issuing officer's signature*

City and state:     Gainesville, Florida                     Midori Lowry, United States Magistrate Judge

*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* May 25, 2023, and the person was arrested on *(date)* July 11, 2023 at *(city and state)* Gainesville, FL . |
| Date: 7/12/23 |
| *Arresting officer's signature* |
| Elizabeth Riley DEA - TFO |
| *Printed name and title* |

FILED USDC
JUL 12 '23