IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

Case No: 1:23cr13 AW/MAL

v.

ANTHONY RIZZOTTO

_____/

## STATEMENT OF FACTS

THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, provides this factual basis for the acceptance of the guilty plea of Defendant Anthony Rizzotto ("Defendant"). Should this case proceed to trial, the government is prepared to present evidence as follows:

On January 4, 2023, the Drug Enforcement Administration ("DEA") met with a controlled source for the purpose of making controlled purchases from the Defendant, who was believed to be engaged in the sale of methamphetamine. Prior to the controlled purchase, law enforcement conducted a search of the source's person in order to confirm that the source was not in possession of controlled substances. The source was provided with pre-marked funds and was transported to the defendant's residence, which is located within the Northern District of Florida, by undercover law enforcement. The source then exited the law enforcement vehicle and made contact with the Defendant at his residence.

Filed in Open Court
_____ 12-5-2023
Clerk, U.S. District Court
Northern District of Florida

During the course of a video and audio recorded interaction, the Defendant sold approximately 30.5 grams of a substance that appeared to be methamphetamine to the source. Following the sale, the source left the residence and was driven to a pre-determined location by law enforcement. At that location, the source handed over the suspected methamphetamine to law enforcement and was again searched. Subsequent chemical analysis conducted by the DEA laboratory revealed that the suspected narcotics sold to the source by the Defendant consisted of 28.48 net grams of 99% pure methamphetamine. (Count Two).

Following completion of the controlled purchase and additional investigation, DEA applied for and received a Federal search warrant for the defendant's residence, which was executed on April 17, 2023. During the course of that search, law enforcement recovered multiple firearms, including a Ruger 5.7x28 millimeter pistol, a Haskell .45 pistol, and an Armi Sport Di Chiappa .22 rifle, all of which the defendant possessed. Each of these firearms had previously been transported in interstate and foreign commerce.

Prior to the date of the search warrant, on July 5, 2012, the Defendant was convicted of the felony charge of Racketeering in the State of Florida. As punishment for that offense, the Defendant was sentenced to a period of two years incarceration in the Florida Department of Corrections. The Defendant was aware

that he had previously been convicted of a felony offense and sentenced to a term of incarceration of more than one year at the time that the Defendant possessed the above-described firearms. (Count Three).

Following execution of the search warrant, the Defendant was transported to the Florida Department of Law Enforcement for questioning by law enforcement officials. Post-Miranda, the Defendant admitted that during the period of time including January 1, 2019, through the present date of April 17, 2023, the Defendant had engaged in the ongoing and repeated purchase and re-sale of large quantities of methamphetamine. The Defendant indicated that he had worked with other individuals to accomplish the shared goal of possessing and distributing methamphetamine, and had moved "pounds" of methamphetamine during the course of the conspiracy. In total, the Defendant admitted that he had sold ~~over 15 kilograms of~~ methamphetamine over the period of time including January 1, 2019, through April 17, 2023. (Count One).

## ELEMENTS OF THE OFFENSE-COUNT ONE

(1) Two or more people in some way agreed to try to accomplish a shared and unlawful plan to distribute or possess with intent to distribute methamphetamine;

(2) The Defendant knew the unlawful purpose of the plan and willfully joined in it;

(3) The object of the unlawful plan was to distribute or possess with intent to distribute 50 grams or more of methamphetamine.

## ELEMENTS OF THE OFFENSE – COUNT TWO

(1) The defendant knowingly distributed methamphetamine;

(2) The defendant intended to distribute the methamphetamine;

(3) The weight of the methamphetamine that defendant distributed was 5 grams or more.

## ELEMENTS OF THE OFFENSE – COUNT THREE

(1) The Defendant knowingly possessed a firearm or ammunition in or affecting interstate or foreign commerce;

(2) Before possessing the firearm or ammunition, the Defendant had been convicted of a felony – a crime punishable by imprisonment for more than one year; and

(3) At the time the Defendant possessed the firearm or ammunition, the Defendant knew he had previously been convicted of a felony.

_____
DARREN JOHNSON, ESQ.
Attorney for Defendant

__12/5/2023_____
Date

_____
ANTHONY RIZZOTTO
Defendant

__12/5/2023_____
Date

JASON R. COODY
United States Attorney

_____
DAVID P. BYRON
Florida Bar No. 0105777
Assistant U.S. Attorney
Northern District of Florida
401 SE First Ave, Suite 211
Gainesville, FL 32601
352-378-0996
David.byron@usdoj.gov

__12/5/2023_____
Date